■ In the Matter of Eve M.B., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MELISSA H., Respondent, and THOMAS N., Appellant. (Appeal No. 1.) [842 NYS2d 352]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered November 16, 2005 in a proceeding pursuant to Family Court Act article 10. The order, insofar as appealed from, adjudged that respondent Thomas N. neglected the child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Smith, Centra, Fahey and Pine, JJ.

■ In the Matter of Eve M.B., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MELISSA H., Respondent, and THOMAS N., Appellant. (Appeal No. 2.) [842 NYS2d 352]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered August 10, 2005 in a proceeding pursuant to Family Court Act article 10. The order directed respondent Thomas N. to observe certain conditions of behavior until August 10, 2019.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Smith, Centra, Fahey and Pine, JJ.